Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID BAXTER,** | Case No. 4:11-cv-00133-DMR |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| **GENERAL REVENUE CORPORATION,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 7th day of March, 2011.

By:   s/Todd M. Friedman
         Todd M. Friedman, Esq.
         Law Offices of Todd M. Friedman, P.C.
         Attorney for Plaintiff

Filed electronically on this 7th day of March, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 7th day of March, 2011, via the ECF system to:

Honorable Donna M. Ryu
Judge of the United States District Court
Northern District of California

Copy sent via mail on this 7th day of March, 2011, to:

Kevin T. Dreyer
Managing Director and Associate General Counsel
Sallie Mae, Inc.
11501 Northlake Drive
Cincinnati, Ohio 45249

By: s/Todd M. Friedman
    Todd M. Friedman